JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ZULILY, LLC., a Delaware Corporation; NEW MOA COLLECTION, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01932-RGK-AGR<br><br>**[PROPOSED]** ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. R. Gary Klausner |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: June 07, 2019

*/s/ Gary Klausner*

The Honorable R. Gary Klausner
United Stated District Court Judge